# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 10-80341-TLS |
| | ) |
| HOLLY KIM BARATTA | ) CHAPTER 13 |
| SSN: ###-##-5425 | ) |
| | ) |
| | ) |
| | ) |
| **Debtor.** | |

## TRUSTEE'S NOTICE OF AMENDED PLAN

TO:     HOLLY KIM BARATTA

Kathleen A. Laughlin, Chapter 13 Trustee, has received an amended Chapter 13 plan dated **05/24/2010** for your case.

**The amended plan requires the Debtor to make payments to the Trustee in the amount of $460.00 per month.**

**The Debtor's next payment is due June 2010. An employer deduction is in place.**

Payments must be made on or before the due date or the Trustee may move to dismiss the case.

The Bankruptcy Court will send an Order which requires the debtor or debtor's employer to make the payments set forth in the amended plan.

DATED:  June 10, 2010

> s/ Kathleen A. Laughlin
> Kathleen A. Laughlin #16883
> Chapter 13 Trustee
> 13930 Gold Circle, Suite #201
> Omaha, NE 68144
> (402) 697-0437
> 1-800-884-0437

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Notice was served on FRANCIS X SKRUPA, debtor attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on June 10, 2010, by first-class, U.S. mail, postage prepaid to the Debtor at the address listed below:

HOLLY KIM BARATTA
12441 MARTHA ST
OMAHA, NE 68144

> s/ Kathleen A. Laughlin
> Kathleen A. Laughlin

FRANCIS X SKRUPA
Attorney at Law
7130 PACIFIC ST
OMAHA, NE 68106