IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF: )   Case No. BK10-80341
)
Holly Kim Baratta, )   Chapter 13
)
Debtor. )

### ORDER CONFIRMING PLAN

This matter comes on for confirmation of the Debtors' Chapter 13 plan (Fil. # ____, as amended or modified, by Fil.(s) # ___24___ ).

The court finds:

(1) There has been compliance with the provisions of 11 U.S.C. § 1301 et seq., fees required to be paid have been paid, and the plan has been proposed in good faith and not by any means forbidden by law.

(2) The value of the property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on said claim if the Debtors' estate were liquidated under Chapter 7 on the effective date of the plan.

(3) With respect to each allowed secured claim provided for by the plan --

    (A)    the holder of such claims has accepted the plan;

    (B) (i)    the plan provides that the holder of such claim retain the lien securing such claim; and

    (ii)    the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or

    (C)    the debtor surrenders the property securing such claim to such holder; and

(4) The plan is feasible.

(5) Attorney fees will be applied for in a separate fee application.

(6) Payments shall be $460.00 for 58 months followed by 2 payments of 642.00 due to 401k loan payoff.

(7) Base amount of the plan is $27,964.00

IT IS HEREBY ORDERED, that the plan is confirmed.

Dated: July 2, 2010

BY THE COURT:

s/ Thomas L. Saladino
United States Bankruptcy Judge

Prepared and submitted by:
Francis X. Skrupa, #19722
7130 Pacific Street
Omaha, NE  68106
(402) 571-2900

s/Thomas P. Kenny  #16872
Tom Kenny, Esq.
Counsel to Chapter 13 Trustee

Copies electronically sent by the court to:
*Frank Skrupa, Kathleen Laughlin & UST